**Mrs. Joe BUSBY, alias Mrs. Joe Batson, Appellant v. STATE of Texas, Appellee.**

**No. 26247.**

Court of Criminal Appeals of Texas.

Jan. 21, 1953.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the unlawful possession of intoxicating beverages for the purpose of sale in a dry area; the punishment, a fine of $100.

Accompanying the record is an affidavit in proper form, executed by appellant, requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.